UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cedric M. Gray**           **Docket No. 5:15-MJ-1106-RN**

### Petition for Action on Probation

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cedric M. Gray, who, upon an earlier plea of guilty to 21 U.S.C. § 844(a), Simple Possession of Cocaine, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on October 28, 2015, to 12 months probation under the conditions adopted by the court. On January 4, 2016, the court was notified of the defendant testing positive for marijuana. The court agreed to verbally reprimand the defendant and continue on probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant tested positive for marijuana on February 24, 2016, and March 8, 2016. The defendant is in substance abuse counselling at Integrated Behavioral Health Services and continues to be enrolled in the surprise urinalysis program. As a sanction for this conduct, we are recommending that the defendant serve 2 days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2568<br>Executed On: June 13, 2016 |

### ORDER OF THE COURT

Considered and ordered this __20th__ day of __June__, 2016, and ordered filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge